BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
**MCCOY LAW GROUP, Ltd.**
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
bmccoy@mccoylawgroup.com
*Attorney for Defendant,*
*TAH'JAE RAY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AARON LATERRELL HARRIS, SR., an individual; TAH'JAE RAY, as potential special representative of the ESTATE OF CANDACE HARRIS,<br><br>Defendants. | Case No.: 2:22-cv-00660-RFB-BNW<br><br>**STIPULATION AND ORDER TO FILE ANSWER** |

**It is hereby stipulated**, by and between Defendant, TAH'JAE RAY, through her attorney, BRANDON W. MCCOY, Esq., of MCCOY LAW GROUP, Ltd., and Plaintiff, PRIMERICA LIFE INSURANCE, through its attorneys, AMY M. SAMBERG, Esq., and LEE H. GORLIN, Esq., of CLYDE & CO US LLP as follows:

1. This is the first stipulation for extension of time to file Answer to Plaintiff's Complaint for Interpleader (Dkt.#1, filed April 21, 2022).

2. To allow two weeks for Defendant, TAH'JAE RAY, to file her Answer to Plaintiff's Complaint for Interpleader (Dkt. #1).

///
///
///
///

3. The Parties agree that Defendant, TAH'JAE RAY shall file her Answer on or before June 8, 2022.

4. Pursuant to FRCP 60(b)(1), a Court may grant relief based on a showing of mistake, inadvertence, surprise, or excusable neglect.

5. In this matter, excusable neglect exists due to Defendant, TAHJAE RAY, not having fully retained attorney Brandon McCoy, and Mr. McCoy dealing with medical issues and illness for the past several weeks.

DATED this _26_ day of May, 2022.

MCCOY LAW GROUP, Ltd.

/s/ Brandon W. McCoy

BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
*bmccoy@mccoylawgroup.com*
*Attorneys for Defendant,*
*TAH'JAE RAY*

DATED this _26_ day of May, 2022.

CLYDE & CO US LLP

/s/ Lee H. Gorlin

AMY M. SAMBERG, Esq.
Nevada Bar No.: 10212
LEE H. GORLIN, Esq.
Nevada Bar No.: 13829
7251 West Lake Mead Blvd, Suite 430
Las Vegas, Nevada 89128
(725) 248-2900 *Telephone*
(725) 248-2907 *Facsimle*
*amy.samberg@clydeco.us*
*lee.gorlin@clydeco.us*
*Attorneys for Plaintiff,*
*Primerica Life Insurance Company*

## ORDER
**IT IS SO ORDERED**

**DATED:** 4:47 pm, May 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

# **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **STIPULATION AND ORDER TO FILE ANSWER** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☒ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed to the parties who have yet to appear, as set forth below:

Aaron L. Harris, Sr. #928435
Clark County Detention Center
330 South Casino Center Boulevard
Las Vegas, Nevada 89101

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Service List for the above-referenced case.

☒ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Brandon W. McCoy Esq.
bmccoy@mccoylawgroup.com
dmassaro@mccoylawgroup.com

Dated: May 26, 2022

                                               */s/ Gina Brouse*
                                               An Employee of Clyde & Co US LLP