**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AARON .L. HARRIS, SR., *et al.*,<br><br>Defendants. | Case No. 2:22cv-00660-RFB-BNW<br>**ORDER TO PRODUCE**<br>**AARON L. HARRIS, SR.,**<br>**#928435** |

TO:   WARDEN, CLARK COUNTY DETENTION CENTER, LAS VEGAS, NV

**THE COURT HEREBY FINDS that DAVID LEVOYD REED, #1696429,** presently in custody of the Clark County Detention Center, located at 330 S. Casino Center Blvd. Las Vegas, NV 89101.

**IT IS ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce **AARON L. HARRIS, SR., #928435,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about **Thursday, February 23, 2023, at the hour of 9:30 a.m., t**o attend the motion hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until the said **AARON L. HARRIS, SR., #928435**, is released and discharged by the said Court; and that the

said **AARON L. HARRIS, SR., #928435,** shall thereafter be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct.

**DATED** this  1st  day of February, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**