BRANDON W. MCCOY, Esq.
Nevada Bar No.: 10402
**MCCOY LAW GROUP, Ltd.**
625 S. 8th Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-2600 *Telephone*
(702) 384-2603 *Facsimile*
*bmccoy@ mccoylawgroup. com*
*Attorney for Defendant,*
*TAHJAE RAY*

**UNITED STATES DISTRICT COURT**

**NEVADA**

PRIMERICA LIFE INSURANCE COMPANY, a foreign corporation,

Plaintiff,

vs.

AARON LATERRELL HARRIS, SR. an individual; TAH'JAE RAY, as potential special representative of the ESTATE OF CANDACE HARRIS

Defendants.

Case No.: 2:22-cv-00660-RFB-BNW

**NOTICE OF RESOLUTION/AGREEMENT OF PLAINTIFF'S MOTION SEEKING ATTORNEY'S FEES AND COSTS [74][75] AND ORDER**

Plaintiff, PRIMERICA LIFE INSURANCE COMPANY ("PRIMERICA"), a foreign corporation, by and through its attorneys of record, LEE H. GORLIN and AMY SAMBERG, of CLYDE & CO US LLP, and Defendant, TAHJAE RAY, ("Defendant" or "RAY"), by and through her attorney, BRANDON W. MCCOY, of MCCOY LAW GROUP, LTD., hereby submit to the Court this notice of their resolution and agreement regarding PRIMERICA's Motion Seeking Attorney's Fees and Costs (ECF Nos. 74 and 75) and RAY's Opposition thereto (ECF No. 79) as follows:

**MCCOY LAW GROUP, Ltd.**
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone (702) 384-2600 Fax (702) 384-2603

**WHEREAS**, ON June 2, 2026, the Court ordered that the interplead funds be distributed to RAY subject to PRIMERICA's potential request for attorney's fees and costs. (ECF No. 73);

**WHEREAS**, at the June 2, 2026, hearing, Defendant, AARON LATERRELL HARRIS, SR. (hereinafter "HARRIS") stated on the record that he did not oppose payment of the interplead funds to RAY, thus relinquishing his potential claim to any of the interplead funds. (ECF No. 78), at 9:19-10-13;

**WHEREAS**, a Motion for Attorney's Fees was filed on June 15, 2026 by PRIMERICA (ECF No. 74) (hereinafter "Motion");

**WHEREAS,** PRIMERICA also filed its bill of costs on June 15, 2026. (ECF No. 75);

**WHEREAS,** PRIMERICA was seeking an award of its attorney's fees and costs in the combined amount of $19,161.96 to be paid by the Court out of the interplead funds. (ECF Nos. 74 and 75);

**WHEREAS**, RAY filed an Opposition to the Motion on June 29, 2026. (ECF No. 79);

**WHEREAS**, the parties have conferred and reached an agreement regarding the payment and resolution of attorney's fees and costs;

The parties have conferred and agreed to a reduction of fees to be paid from the deposited interplead funds so that the total amount of attorney's fees and costs agreed upon to be paid to PRIMERICA will be **$9,626.96**. The Court shall make the check out to "Primerica Life Insurance Company." For clarity, no money is to be paid directly by RAY to PRIMERICA .

The parties agree that the Court should remit $9,626.96 to PRIMERICA and the entire remaining balance of the interplead funds (and any accrued interest) to RAY at the Court's earliest convenience, by payment to:

"MCCOY LAW GROUP IOLTA TRUST ACCOUNT"

PRIMERICA acknowledges as a dismissed interpleader plaintiff, that it is unaware of any additional claims to be made against RAY, including further claims for attorney's fees or costs to be made against RAY or the interplead funds.

The parties hereby submit this resolution to the Court for approval and entry as an enforceable order.

This agreement is entered into voluntarily and with full understanding of its terms.

**DATED** this 2nd day of July 2026

**MCCOY LAW GROUP, Ltd.**

__/s/ *Brandon McCoy*_______
**BRANDON W. MCCOY, Esq**.
Nevada Bar No.: 10402
625 S. 8th Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-2600 Telephone
(702) 384-2603 Facsimile
bmccoy@ mccoylawgroup. com
*Attorneys for Defendant,*
*TAH'JAE RAY*

**DATED** this 2nd day of July 2026

**CLYDE & CO US LLP**

__/s/ *Lee H. Gorlin*_______
**AMY M. SAMBERG, Esq.**
Nevada Bar No.: 10212
**LEE H. GORLIN, Esq.**
Nevada Bar No.: 13829
7251 West Lake Mead Blvd, Suite 430
Las Vegas, Nevada 89128
(725) 248-2900 Telephone
(725) 248-2907 Facsimile
amy.samberg@ clydeco. us
lee.gorlin@clydeco. us
*Attorneys for Plaintiff,*
*Primerica Life Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Resolution/Agreement of Motion Seeking Attorney's Fees and Costs [74][75] and Order** was served this 2nd day of July 2026, via:

**Electronic service** to:
Amy M. Samberg, Esq.
amy.sandberg@clydeco.us
Lee Gorlin, Esq.
lee.gorlin@clydeco.us

**U.S. Mail**, postage prepaid to
Aaron L. Harris, Sr. #32557
Southern Desert Correctional Center
20825 Cold Creek Road
P.O. Box 208
Indian Springs, NV 89070

______/s/ ***Debbie Massaro*** ___________
An Employee of McCoy Law Group. Ltd.

## ORDER

**IT IS ORDERED** that the above and foregoing Resolution and Agreement regarding Plaintiff PRIMERICA's Motion for Attorney's Fees and Costs and Defendant RAY's Opposition thereto is hereby accepted and approved by the Court.

PRIMERICA shall be awarded attorney's fees and costs in the amount of **$9,626.96**, to be paid by the Court from the interplead funds, with check made out to "Primerica Life Insurance Company."

The remaining balance of the interplead funds, including any accrued interest shall be paid to RAY, with check made out to "McCoy Law Group IOLTA Trust Account."

**IT IS SO ORDERED.**

**DATED**: September 29, 2026.

**RICHARD F BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**